UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PAULINE MACARENO, ET AL         CIVIL ACTION NO. 08-cv-0292

VERSUS                          JUDGE HICKS

MICHAEL KARON, ET AL            MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Defendants removed this case based on an assertion of both federal question and diversity jurisdiction. Should the federal claims be dismissed or should it be found that a federal question was not pleaded in the complaint, the diversity assertion would become important to maintaining the case in federal court. One of the defendants is Eagle Oil Management Co., LLC, which is described as a Louisiana limited liability company domiciled in Louisiana. That allegation is not adequate to set forth the citizenship of the LLC and ensure the existence of diversity jurisdiction. See Buddy Albin Construction & Electric Co., LLC v. Ambling Construction Co., LLC, 2008 WL 161922 (W.D. La. 2008). Defendants should amend their notice of removal prior to the Scheduling Conference and set forth with specificity the citizenship of the LLC.

THUS DONE AND SIGNED this 30th day of May, 2008.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE