UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| PAULINE MACARENO AND<br>MARGIE CANDELARIA | : | CV 5:08-0292 |
| VS. | : | JUDGE HICKS |
| MICHAEL KARON, BFD HOLDINGS,<br>INC. AND EAGLE OIL MANAGEMENT<br>CO., LLC | : | MAGISTRATE HORNSBY |

### JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiffs PAULINE MACARENO AND MARGIE CANDELARIA and defendants MICHAEL KARON, BFD HOLDINGS, INC. AND EAGLE OIL MANAGEMENT CO., LLC (collectively "the Parties") and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure jointly stipulate to dismiss this case with prejudice.

WHEREFORE, the Parties stipulate that this case be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Jointly stipulated this 15 day of December, 2010.

*(Signatures on following page)*

HARPER LAW FIRM, APLC

BY: _____
    JERALD R. HARPER
    La. Bar Roll # 6585
    213 Texas Street
    Shreveport, LA 71101
    (318) 213-8800 [telephone]
    (318) 213-8804 [facsimile]

ATTORNEY FOR PLAINTIFFS PAULINE MACARENO AND MARGIE CANDELARIA

KEVIN W. HAMMOND, APLC

BY: _____
    KEVIN W. HAMMOND
    La. Bar Roll # 25076
    333 Texas Street, Suite 1401
    Shreveport, LA 71101
    (318) 213-8850 [telephone]
    (318) 213-8860 [facsimile]

ATTORNEY FOR MICHAEL KARON, BFD HOLDINGS, INC. AND EAGLE OIL MANAGEMENT CO., LLC